UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60399-CIV-SMITH

CATERED FIT CORP.,

    Plaintiff,

v.

GROUNDHOG ENTERPRISES, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal of all claims in the above-entitled action with Prejudice [DE 30]. Upon consideration, it is hereby

**ORDERED** that:

1. All claims in the above-entitled are **DISMISSED with PREJUDICE**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of October, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record